**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:   4:14-cr-00152-AGF |
| | ) |                       4:14-cr-00175-AGF |
| CHARLES WOLFE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE

COMES NOW Defendant Charles Wolfe, by and through his undersigned counsel, and pursuant to this Court's order dated June 1, 2018 (Doc. 1230 in 4:14-cr-00152 and Doc. 675 in 4:14-cr-00175) gives notice that he does not intend to call witnesses at the conclusion of the sentencing hearing scheduled for July 5, 2018.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: _____
Talmage E. Newton IV, MO56647
tnewton@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via the Court's electronic filing system to all parties of record on this 20th day of June, 2018.

_____